

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00408-CR

JESSE ELIJAH WILLIAMS                                                      APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

## FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 1358729D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jesse Elijah Williams attempts to appeal his conviction for theft of property under $1,500. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On October 6, 2014 and October 23, 2014, we notified Williams that the appeal would be dismissed pursuant to the trial court's certification unless he

---

[1]*See* Tex. R. App. P. 47.4.

or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 5, 2015